# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00751-CR

**Alexis Luciano, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 9 OF TRAVIS COUNTY
### NO. C-1-CR-23-200063, THE HONORABLE KIM WILLIAMS, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Alexis Luciano seeks to appeal pro se her conviction for indecent exposure. *See* Tex. Penal Code § 21.08. However, the clerk's record does not contain the necessary trial court certification of her right of appeal. *See* Tex. R. App. P. 25.2(a)(2) (requiring trial court to enter certification of defendant's right of appeal "each time it enters a judgment of guilt or other appealable order"), (d) (requiring record to include trial court's certification). On December 21, 2023, in response to an inquiry from this Court, the Travis County Clerk filed a letter stating that no certification has been filed with the clerk's office.

Accordingly, we abate this appeal and remand the cause to the trial court for entry of a certification of Luciano's right of appeal. *See* Tex. R. App. P. 25.2(a)(2), 44.4. A

supplemental clerk's record containing the trial court's certification shall be filed with this Court no later than January 26, 2024.  *See* Tex. R. App. P. 34.5(c)(2).

It is ordered on January 4, 2024.

Before Chief Justice Byrne, Justices Smith and Theofanis

Abated and Remanded

Filed:   January 4, 2024

Do Not Publish